UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Joseph McManus  Chapter 7

d/b/a Mantis Construction Co.

Debtor(s)   Case No.: 1-06-ap-00021

## CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached document was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

Dennis E Wherley
85 Brentwood Court
Hanover, PA 17331

Date: December 18, 2006

_____
Diann Buffington, Deputy Clerk

MDPA CERTMAIL ADD.wpt Rev. 05/06